UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-2875-PA (SP) | Date | November 5, 2015 |
|---|---|---|---|
| Title | ALFRED MOORE v. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Prosecute

On April 17, 2015, plaintiff Alfred Moore, a California prisoner proceeding pro se, filed a complaint. On June 3, 2015, the court issued an Initial Civil Rights Case Order Upon Reassignment, advising plaintiff that the court was screening the complaint and that further directions would follow. In paragraph 8 of that same Order, the court also instructed plaintiff that "plaintiff must immediately notify the court (and defendants or defendants' attorneys) of any change in plaintiff's address and the effective date. If plaintiff fails to keep the court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Defendant filed a motion to dismiss on October 16, 2015. On October 20, 2015, the court issued a minute order setting a briefing schedule on the motion to dismiss (setting a November 17, 2015 due date for plaintiff's opposition), and mailed that minute order to plaintiff at his address of record, namely, Atascadero State Hospital. That mailing was returned to the court as undeliverable on October 30, 2015, with an indication that plaintiff is not at that address. The California inmate locator indicates plaintiff has been returned to the California State Prison for Los Angeles County ("CSP-LAC") at Lancaster; however, plaintiff has failed to file a notice of this change of address with the court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2875-PA (SP) | Date | November 5, 2015 |
|---|---|---|---|
| Title | ALFRED MOORE v. CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION | | |

It therefore appears that plaintiff has failed to follow the court's Order to immediately notify the court of a change of address. Plaintiff's failure to comply with the court's Order, and failure to comply with Local Rule 41-6, renders this action subject to dismissal for failure to comply with a court order and failure to prosecute.

Accordingly, within **fourteen (14)** days of the date of this Order, that is, by **November 17, 2015**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action should not be dismissed for failure to prosecute and/or comply with a court order. Plaintiff may discharge this Order to Show Cause by filing a notice of change of address. Plaintiff may also request an extension of time to respond to the motion to dismiss.

As indicated below, the court is ordering that this minute order be sent to defendant at CSP-LAC, as well as his address of record. But the court will not mail future orders to plaintiff at two addresses. Future orders will be mailed to plaintiff only at his address of record.

Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause will be deemed by the court as consent to the dismissal of this action without prejudice.

cc:   Alfred Moore  CDC # E37721
      CSP - Los Angeles County
      P.O. Box 8457
      Lancaster, CA  93539-8457